**NESS MANUFACTURING, INC., Appellant,**

v.

**Donald H. RUMSFELD, Secretary of Defense, Appellee.**

No. 01–1351.

United States Court of Appeals, Federal Circuit.

March 11, 2002.

Before LOURIE, GAJARSA, and PROST, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.